**Order entered April 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00437-CV

## IN RE JAMES MCCOY, Relator

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13955-B**

## ORDER

Relator has filed a petition for writ of mandamus contending that the trial court has failed to take action on his motion to serve process on William T. Hill. So that this Court will have a complete record upon which it can rule on the petition for writ of mandamus, the Court **ORDERS** the Dallas County District Clerk to file a clerk's record by Friday, April 18, 2014, including any motion filed by relator in trial court Cause No. DC-13-13955-B related to service of process on William T. Hill, any order of the trial court on any such motion, and any document relating to service of process on William T. Hill, including any citation issued and any return of service filed with respect to William T. Hill.

The Court **DIRECTS** the Clerk to send a copy of this order to the Dallas County District Clerk.

/s/ ROBERT M. FILLMORE
JUSTICE